DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff,*<br><br>     v.<br><br>OSCAR DIAZ,<br><br>             *Defendant.* | No. 1:07-cr-0265 OWW<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING DATE; ORDER THEREON<br><br>Date: April 14, 2008<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the change of plea hearing in the above-captioned matter now set for March 31, 2008, may be continued to April 14, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant to allow her additional time for investigation and case preparation prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: March 27, 2008        By:   /s/  Kevin P. Rooney
                                   KEVIN P. ROONEY
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: March 27, 2008        By:   /s/  Francine Zepeda
                                   FRANCINE ZEPEDA
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   OSCAR DIAZ

## **O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 27, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

Diaz - Stipulation and Proposed Order            2