```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  OSCAR DIAZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  | No. 1:07-cr-0265 OWW |
|---|---|
| Plaintiff,  )  |  |
| )  | STIPULATION TO CONTINUE STATUS |
| v.  )  | CONFERENCE HEARING AND |
| )  | ORDER THEREON |
| OSCAR DIAZ,  )  |  |
| )  | Date:  June 30, 2008 |
| Defendant.  )  | Time:  9:00 A.M. |
| )  | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the Status Conference hearing in the above-captioned matter now set for June 23, 2008, may be continued to June 30, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant to allow her additional time to review and discuss the Memorandum of Plea Agreement with her client.  AUSA Kevin P. Rooney has no objection.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June19, 2008                    By:    /s/  Kevin P. Rooney
                                              KEVIN P. ROONEY
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: June 19, 2008                   By:    /s/  Francine Zepeda
                                              FRANCINE ZEPEDA
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              OSCAR DIAZ

## **O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    June 19, 2008**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE