DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>      v.<br><br>OSCAR DIAZ,<br><br>           *Defendant.* | No. 1:07-cr-0265 OWW<br><br>***AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; ORDER THEREON**<br><br>Date:  July 14, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for June 30, 2008, may be continued to July 14, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant because she will be out of her office on June 30, 2008, due to a family emergency. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED:  June 24, 2008 | By:   /s/  Kevin P. Rooney<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED:  June 24, 2008 | By:   /s/  Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>OSCAR DIAZ |

## **O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 24, 2008**            /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

Diaz - Stipulation and Proposed Order         2